AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>**LUIS ERNESTO VIGIL OCHOA**<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. 1:22-mj-736 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LUIS ERNESTO VIGIL OCHOA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1029(a)(8) - Fraud and related activity in connection with access devices

Date: 12/09/2022

*Karen L. Litkovitz*
United States Magistrate Judge

City and state: Cincinnati, Ohio

### Return

This warrant was received on *(date)* 12/9/22, and the person was arrested on *(date)* 12/9/22
at *(city and state)* Dayton, OH.

Date: 12/9/22

*Arresting officer's signature*

Special Agent Aaron McRorie
*Printed name and title*